AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| FRANZ WAKEFIELD, individually <br><br> *Plaintiff(s)* <br> v. <br> ARIA RESORT & CASINO, LLC, a Nevada limited liability company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-01761-GMN-MDC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARIA RESORT & CASINO HOLDINGS, LLC

112 NORTH CURRY STREET, Carson City, NV, 89703, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason F. Lather
4484 S Pecos Rd., Ste 171, Las Vegas, NV 89703, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 9/18/2025

Signature of Clerk or Deputy Clerk