Jason F. Lather
Nevada Bar No. 12607
LATHER LAW
4484 S. Pecos Rd., Suite 171
Las Vegas, NV 89121
Ph:   (702) 979-3500
Fax:  (702) 935-0071
jason@latherlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANZ WAKEFIELD, individually,<br><br>        Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada limited liability company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a foreign corporation; DOES 1 through 20 and ROE legal entities I through XX, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-01761-GMN-MDC<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiff, FRANZ WAKEFIELD, certifies that, so far as counsel is presently aware, no party other than the Plaintiff himself has a direct, pecuniary interest in the outcome of this case.

///


///

1

This representation is made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 2nd day of October, 2025.

**Lather Law**

*/s/ Jason Lather*

Jason F. Lather, Esq.
Nevada Bar No. 12607
4484 S. Pecos Rd., Suite 171
Las Vegas, NV 89121
*Attorney for Plaintiff*