Scott R. Pettitt, NV Bar # 11682
Andrew W. Hazlett, NV Bar # 17079 (*Admission Pending*)
**MGM RESORTS INTERNATIONAL**
6770 South Edmond Street
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
　　　　ahazlett@mgmresorts.com
*Attorneys for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANZ WAKEFIELD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; DOES 1 through 20, inclusive; and ROE LEGAL ENTITIES I through XX, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:25-cv-01761<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International (collectively, "Defendants"), may have additional time, two weeks, up to and including Friday, October 24, 2025, within which to respond to Plaintiff's complaint.

　　　　Good cause exists for this extension as the parties have been engaged in discussions and require additional time to identify whether an early resolution can be reached.  Additionally, counsel for the parties have discussed Defendants' intent to file a motion to dismiss.  The parties

1

require additional time to meet and confer regarding the motion to determine if stipulations can be reached on any points intended to be raised.

  IT IS FURTHER STIPULATED that the appearance of Defendants in furtherance of submitting this Stipulation and Order to Extend Time, shall not constitute a waiver of any defenses including jurisdictional defenses.

  This is the first stipulation for an extension of time to file Defendants' responsive pleadings.  This Stipulation is made in good faith and not for purposes of improper delay.

DATED: October 10, 2025

| Lather Law | MGM RESORTS INTERNATIONAL |
|---|---|
| /s/ *Jason F. Lather* | /s/ *Scott R. Pettitt* |
| Jason F. Lather, Esq. | Scott R. Pettitt, NV Bar # 11682 |
| Nevada Bar No. 12607 | Andrew W. Hazlett, NV Bar # 17079 |
| 4484 S. Pecos Rd., Suite 171 | *Attorneys for Defendants Aria Resort &* |
| Las Vegas, NV 89121 | *Casino, LLC; Aria Resort & Casino Holdings,* |
| *Attorney for Plaintiff* | *LLC; and MGM Resorts International* |

**ORDER**

  Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  Defendants should answer or otherwise respond to Plaintiff's complaint on or before Friday, October 24, 2025.

DATED: 10-16-25

UNITED STATES MAGISTRATE JUDGE

2