1  Scott R. Pettitt, NV Bar # 11682
   Andrew W. Hazlett, NV Bar # 17079
2  **MGM RESORTS INTERNATIONAL**
3  6770 South Edmond Street
   Las Vegas, NV 89118
4  Telephone: (702) 692- 1937
   Fax No.: (702) 669-4501
5  Emails: spettitt@mgmresorts.com
           ahazlett@mgmresorts.com
6  *Attorneys for Defendants Aria Resort & Casino,*
   *LLC; Aria Resort & Casino Holdings, LLC; and*
7  *MGM Resorts International*

8

                    **THE UNITED STATES DISTRICT COURT**
9                      **FOR THE DISTRICT OF NEVADA**

10

11   FRANZ WAKEFIELD,                        | **CASE NO.: 2:25-cv-01761**

12          Plaintiff,
                                              **STIPULATION AND ORDER TO**
13   vs.                                      **EXTEND TIME FOR DEFENDANTS TO**
                                              **FILE RESPONSIVE PLEADINGS IN**
14   ARIA RESORT & CASINO, LLC, a             **RESPONSE TO PLAINTIFF'S**
15   Nevada Limited Liability Company;        **COMPLAINT**
     ARIA RESORT & CASINO
16   HOLDINGS, LLC, a Nevada Limited          **(Second Request)**
     Liability Company; MGM RESORTS
17   INTERNATIONAL, a Delaware
     Corporation; DOES 1 through 20,
18   inclusive; and ROE LEGAL ENTITIES I
19   through XX, inclusive,

20          Defendants.

21

22        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

23   counsel that Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and

24   MGM Resorts International (collectively, "Defendants"), may have additional time, two weeks,

25   up to and including Friday, November 7, 2025, within which to respond to Plaintiff's complaint.

26        Good cause exists for this extension as the parties continue to engage in discussions and

27   require additional time to identify whether an early resolution can be reached.  Additionally,

28   counsel for the parties have discussed Defendants' intent to file a motion to dismiss.  Plaintiff's

                                            1

1   counsel requires additional time to discuss Defendants' legal and factual arguments with his

2   client.  Accordingly, the parties require additional time to meet and confer regarding the motion

3   to determine if stipulations can be reached on any points intended to be raised.

4        IT IS FURTHER STIPULATED that the appearance of Defendants in furtherance of

5   submitting this Stipulation and Order to Extend Time, shall not constitute a waiver of any defenses

6   including jurisdictional defenses.

7        This is the second stipulation for an extension of time to file Defendants' responsive

8   pleadings.  This Stipulation is made in good faith and not for purposes of improper delay.

9

10  DATED:  October 24, 2025

11

12  **Lather Law**                                  **MGM RESORTS INTERNATIONAL**

13

14   /s/ *Jason F. Lather*                           /s/ *Andrew W. Hazlett*
     Jason F. Lather, Esq.                          Scott R. Pettitt, NV Bar # 11682
15   Nevada Bar No. 12607                           Andrew W. Hazlett, NV Bar # 17079
     4484 S. Pecos Rd., Suite 171                   *Attorneys for Defendants Aria Resort &*
16   Las Vegas, NV 89121                            *Casino, LLC; Aria Resort & Casino Holdings,*
     *Attorney for Plaintiff*                        *LLC; and MGM Resorts International*
17

18

19

20

21                                    **ORDER**

22

23       Pursuant to the parties' stipulation, **IT IS SO ORDERED**.  Defendants should answer or

24  otherwise respond to Plaintiff's complaint on or before Friday, October 24, 2025.

25

26  DATED:  _____        _____
                                        UNITED STATES MAGISTRATE JUDGE
27

28

                                        2