Scott R. Pettitt, NV Bar # 11682
Andrew W. Hazlett, NV Bar # 17079
**MGM RESORTS INTERNATIONAL**
6770 South Edmond Street
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
ahazlett@mgmresorts.com

*Attorneys for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANZ WAKEFIELD,<br><br>                 Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; DOES 1 through 20, inclusive; and ROE LEGAL ENTITIES I through XX, inclusive,<br><br>                 Defendants. | Case No.: 2:25-cv-01761-GMN-MDC<br><br>**DEFENDANTS ARIA RESORT & CASINO, LLC'S; ARIA RESORT & CASINO HOLDINGS, LLC'S; AND MGM RESORTS INTERNATIONAL'S CERTIFICATE OF INTERESTED PARTIES** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International certifies that the following may have a direct, pecuniary interest in the outcome of this case:

- Aria Resort & Casino Holdings, LLC
- CityCenter Land, LLC
- CityCenter Holdings, LLC

- MGM CC Holdings, Inc.
- Aria Resort & Casino, LLC
- Project CC, LLC
- MGM CC, LLC
- MGM Resorts International. MGM Resorts International is publicly traded on the New York Stock Exchange, symbol "MGM."
- IAC, Inc. is a publicly held entity owning 10% or more of MGM Resorts International's stock or other ownership interest.

DATED: November 7, 2025                               **MGM RESORTS INTERNATIONAL**

    /s/ *Andrew W. Hazlett*
Scott R. Pettitt, NV Bar # 11682
Andrew W. Hazlett, NV Bar # 17079
*Attorneys for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, the foregoing **DEFENDANT ARIA RESORT & CASINO, LLC'S; ARIA RESORT & CASINO HOLDINGS, LLC'S; AND MGM RESORTS INTERNATIONAL'S CERTIFICATE OF INTERESTED PARTIES** was filed using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**MGM RESORTS INTERNATIONAL**

/s/ *Emma Forte*
Employee of MGM Resorts International
6770 South Edmond Street, Third Floor
Las Vegas, NV 89118
Telephone: (702) 692-1937
Fax No.: (702) 669-4501

CERTIFICATE OF SERVICE