Scott R. Pettitt, NV Bar # 11682
Andrew W. Hazlett, NV Bar # 17079
**MGM RESORTS INTERNATIONAL**
6770 South Edmond Street
Las Vegas, NV 89118
Telephone: (702) 692-1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
ahazlett@mgmresorts.com

*Attorneys for Defendants Aria Resort & Casino, LLC; Aria Resort & Casino Holdings, LLC; and MGM Resorts International*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANZ WAKEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; ARIA RESORT & CASINO HOLDINGS, LLC, a Nevada Limited Liability Company; MGM RESORTS INTERNATIONAL, a Delaware Corporation; DOES 1 through 20, inclusive; and ROE LEGAL ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01761-GMN-MDC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY** |

Plaintiff Franz Wakefield ("Plaintiff") and Defendants Aria Resort & Casino, LLC, Aria Resort & Casino Holdings, LLC, and MGM Resorts International ("Defendants") (collectively, "the Parties") by and through their respective counsel of record, hereby agree and stipulate as follows:

1. On September 17, 2025, Plaintiff filed his Complaint (ECF No. 1).

2. On November 7, 2025, Defendants filed their Motion to Dismiss Plaintiff's Complaint (ECF No. 13).

3.      On November 21, 2025, Plaintiff filed his Opposition to Defendants' Motion to Dismiss. (ECF No. 14).

4.      On December 1, 2025, Defendants filed their Reply in Support of their Motion to Dismiss. (ECF No. 15).

5.      In the interests of judicial economy and to avoid the potential incurrence of unnecessary attorneys' fees and costs, the Parties agree that discovery should be stayed pending the Court's ruling on the aforementioned Motion to Dismiss. Good cause exists for a stay of discovery. First, Defendants seek dismissal of Plaintiff's Complaint for lack of subject matter jurisdiction, which if granted, would wholly eliminate the need for any discovery. Second, no fact discovery is needed to resolve the motion seeking the complete dismissal of Plaintiff's Complaint. *See Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021); *Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-cv-00382-GMN-MDC, 2024 WL 2302151, at *3 (D. Nev. May 21, 2024) (pragmatic approach permits stay of discovery "(1) if the dispositive motion can be decided without further discovery; and (2) good cause exists to stay discovery."); *see also* Fed. R. Civ. P. 1 (goal to secure the just, speedy and inexpensive resolution of cases").

6.      To the extent that the Court's decision on the Motion to Dismiss does not fully dispose of this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due within thirty (30) days of the Court's decision on the Motion to Dismiss.

IT IS SO STIPULATED

DATED: December 11, 2025

| **Lather Law** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| /s/ *Jason F. Lather* | /s/ *Andrew W. Hazlett* |
| Jason F. Lather, Esq. | Scott R. Pettitt, NV Bar # 11682 |
| Nevada Bar No. 12607 | Andrew W. Hazlett, NV Bar # 17079 |
| 4484 S. Pecos Rd., Suite 171 | *Attorneys for Defendants Aria Resort &* |
| Las Vegas, NV 89121 | *Casino, LLC; Aria Resort & Casino Holdings,* |
| *Attorney for Plaintiff* | *LLC; and MGM Resorts International* |

**ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED**. Discovery is stayed pending the Court's ruling on Defendants' Motion to Dismiss.

DATED: _____

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE